# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO A.S., A MINOR CHILD.

No. 76930

A.S.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
BRYCE C. DUCKWORTH, DISTRICT
JUDGE,
Respondents,
and
DENITA S.; AND CLARK COUNTY
DEPARTMENT OF FAMILY
SERVICES,
Real Parties in Interest.

**FILED**

OCT 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying a request to have a termination of parental rights matter heard by a district court judge instead of a hearing master. Having considered petitioner's arguments, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008) ("Writ relief is not available . . . when an adequate and speedy legal remedy exists."); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 843-44 (2004) (providing that petitioner bears the burden of demonstrating that writ relief is warranted and

18-40167

observing that an appeal from a final judgment is generally an adequate remedy precluding writ relief). Accordingly, we

ORDER the petition DENIED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Bryce C. Duckworth, District Judge, Family Court Division
Lewis Roca Rothgerber Christie LLP/Las Vegas
Legal Aid Center of Southern Nevada, Inc.
Clark County District Attorney/Juvenile Division
Maria A. Perez Avilez
Eighth District Court Clerk